6/21/2022 4:26 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65644769
By: Marcella Hill
Filed: 6/21/2022 4:26 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 202237135        **CURRENT COURT:** 333rd

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 6/21/22        Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Starbucks Corporation D/B/A Starbucks

Address of Service: 211 E. 7th Street Suite 620

City, State & Zip: Austin, Texas 78701-3218

Agent (if applicable): Corporation Service Company dba CSC Lawyers Incorporating Serivce Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**  Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney   at:** _____
- [ ] **CONSTABLE**
- [X] **CERTIFIED MAIL by District Clerk**
- [ ] **E-Issuance by District Clerk** (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____
- [ ] **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Andre Anziani        Bar # or ID  24095224

Mailing Address: 1300 S. Polk #295, Dallas, Texas 75224

Phone Number: 214-444-8808

**EXHIBIT A**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jessica Ochoa on behalf of Joseph Ecke
Bar No. 24082946
jessica@sepc-law.com
Envelope ID: 65644769
Status as of 6/22/2022 6:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andre Anziani | | service@andrethelawyer.com | 6/21/2022 4:26:32 PM | SENT |
| Joe Ecke | | joe@sepc-law.com | 6/21/2022 4:26:32 PM | SENT |
| Jessica Ochoa | | jessica@sepc-law.com | 6/21/2022 4:26:32 PM | SENT |

EXHIBIT A

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Viva Tejas Logistics (AAO) ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>JUN 27 2022 |
| 1. Article Addressed to:<br>**STARBUCKS CORPORATION**<br>**AGT: CORPORATION SERVICE CO.**<br>**211 E 7TH STREET SUITE 620**<br>**AUSTIN TX 78701-3218** | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>David Grant<br>**RECORDER'S MEMORANDUM**<br>This instrument is of poor quality at the time of imaging.<br>2022-37135 |
| <br>9590 9402 4975 9063 9682 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7019 2280 0000 0791 3209 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053  2022-37135  553 | **EXHIBIT A**  Domestic Return Receipt |



USPS TRACKING #

9590 9402 4975 9063 9682 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2022 JUL -6 PM 12:27

BY MAIL PROCESSING

EXHIBIT A

2022-37135



06-23-22

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

EXHIBIT A